June 26, 2009

Mr. R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. James B. Manley
James B. Manley, P.C.
200 S. William Barnett
Cleveland, TX 77327

RE: Case Number: 07-0572
 Court of Appeals Number: 09-06-00359-CV
 Trial Court Number: 05-04-02954-CV

Style: GAIL ASHLEY
 v.
 DORIS D. HAWKINS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Mr. Mark Turnbull |
| |Mr. Rance L. Craft|